1  FOLGER LEVIN LLP
   Jiyun Cameron Lee (CSB No. 161667, jlee@folgerlevin.com)
2  Marie Jonas (CSB No. 278952, mjonas@folgerlevin.com)
   Sherri M. Hansen (CSB No. 302903, shansen@folgerlevin.com)
3  33 New Montgomery Street, 19th Floor
   San Francisco, CA  94105
4  Telephone: 415.625.1050
   Facsimile: 415.625.1091
5
   Attorneys for Defendant
6  HYATT CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 | CHARISMA MANALASTAS, an individual, | Case No. 4:23-cv-03957-HSG
13 | | **ORDER DENYING DEFENDANT HYATT CORPORATION'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND REQUIREMENTS OF GENERAL ORDER 71 PENDING RULING ON MOTION TO DISMISS**
   | Plaintiff, |
14 | |
   | v. |
15 | |
   | JOIE DE VIVRE KABUKI, LLC, a California corporation; HYATT CORPORATION, a Delaware corporation; MICHAEL MARQUEZ, an individual; and DOES 1 through 100, inclusive, |
16 | |
17 | |
18 | |
   | Defendants. |
19

20

21

22        Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), and

23 good cause appearing, Defendant's administrative motion to continue the Case Management

24 Conference and requirements of General Order 71 is DENIED.

25 //

26 //

27 //

28 //

Dated: 8/24/2023

Hon. Ha[...]



4883-8458-3286, v. 1