UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISMA MANALASTAS,<br><br>Plaintiff,<br><br>v.<br><br>JOIE DE VIVRE KABUKI, LLC, et al.,<br><br>Defendants. | Case No. 23-cv-03957-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 36 |

The Court **GRANTS** Plaintiff's unopposed motion for extension of time to file an amended complaint, Dkt. No. 36. Any amended complaint must be filed by February 7, 2025.

**IT IS SO ORDERED.**

Dated:   12/23/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge