United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISMA MANALASTAS,<br><br>      Plaintiff,<br><br>v.<br><br>JOIE DE VIVRE KABUKI, LLC, et al.,<br><br>      Defendants. | Case No. 23-cv-03957-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a case management conference on February 18, 2025, at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities. The Court further **DIRECTS** the parties to meet and confer and make best efforts to submit a joint case management statement by February 11, 2025, and to submit separate statements by that date if they cannot prepare a joint statement. The parties should be prepared to discuss how to move this case forward expeditiously.

**IT IS SO ORDERED.**

Dated: 1/22/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge