# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISMA MANALASTAS, | Case No. 23-cv-03957-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| JOIE DE VIVRE KABUKI, LLC, et al., | |
| Defendants. | |

A case management conference was held on February 18, 2025. Having considered the parties' proposals, *see* Dkt. Nos. 41, 42, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | July 18, 2025 |
| Exchange of Opening Expert Reports | August 2, 2025 |
| Exchange of Rebuttal Expert Reports | August 17, 2025 |
| Close of Expert Discovery | September 1, 2025 |
| Dispositive Motion Hearing Deadline | October 16, 2025 at 2:00 p.m. |
| Pretrial Conference | February 10, 2026 at 3:00 p.m. |
| Jury Trial (5 days) | February 23, 2026 at 8:30 a.m. |

//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated:   2/19/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge